Revised 4/11/2011

# MINUTES OF CRIMINAL PROCEEDINGS
# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

UNITED STATES OF AMERICA

vs.

DAVID RICHARDS

Date: February 21, 2018
Case No. 1:18 MJ 9021 (WHB)
Judge: MJ William H. Baughman, Jr.
Court Reporter: ECRO M. McDowell
Pts/Prob Officer: Travis Jennings
Interpreter:
Date of Arrest:

U.S. Attorney: Carol M. Skutnik

Attorney for Defendant(s): Darin Thompson

CJA Apt:
Fed. Defender: X
Retained:

## ARRAIGNMENT:
Defendant arraigned, plea of ____ GUILTY ____ NOT GUILTY ____ NOLO CONTENDERE entered as to count(s) _____
_____ of the ____ Indictment ____ Information.

## CHANGE OF PLEA:
Defendant Plea of NOT GUILTY withdrawn, plea of ____ GUILTY ____ NOLO CONTENDERE entered as to count(s) _____
_____ of the ____ Indictment ____ Information.

- ____ Plea agreement executed.
- ____ The Court adopts the R&R of the Magistrate Judge and finds there is a factual basis for the acceptance of the guilty plea.
- ____ Bond $_____ ____ set ____ continued ____ detention ____ remanded to the custody of U.S. Marshal.
- ____ Motion of government for detention pending trial. Detention Hearing set for:_____.
- ____ Defendant referred to the Probation Office for Pre-sentence Investigation.
- ____ Jury Trial scheduled for:_____
- ____ Pretrial Conference scheduled for:_____
- ____ Sentencing scheduled for:_____

## SENTENCE:
Defendant committed to the custody of the Bureau of Prisons for a period of ____ months on count(s)_____
of the ____ Indictment ____ Information to run ____ concurrent ____ consecutively.

Period of _____ years of supervised release with standard/special conditions as ordered (see reverse side of form).

Fined the sum of $_____  ____ Fine Waived
Restitution in the amount of $_____ Payable to: _____. ____ Not Ordered.

I.S.S., Probation ordered for a period of _____ months _____ years on count(s)_____
____ Indictment ____ Information with standard/special conditions as ordered (see reverse side of form).

The defendant is to pay a special assessment of $_____ on counts_____. Total $_____.

Upon motion of U.S. Attorney, counts(s)_____ of the Indictment/Information are hereby dismissed.

The execution of the sentence of imprisonment is deferred and the bond continued until _____, at which time the defendant shall surrender to the United States Marshal for this district, or the designated institution.

- ____ Bond is revoked and the defendant is remanded to the custody of the U.S. Marshal.

# STANDARD AND SPECIAL CONDITIONS OF SUPERVISED RELEASE/PROBATION

____ The defendant shall not commit another federal, state or local crime, shall not illegally possess a controlled substance, shall comply with the standard conditions that have been adopted by this court, and shall comply with any additional conditions.

____ The defendant shall refrain from unlawful use of a controlled substance and submit to one drug test within 15 days of the commencement of supervision and to at least two periodic drug tests thereafter, as determined by the pretrial services and probation officer.

____ The defendant shall participate in an approved program of outpatient, inpatient or detoxification substance abuse treatment, which will include drug and alcohol testing to determine if the defendant has reverted to substance abuse.

____ The defendant shall not possess a firearm, destructive device or any dangerous weapon.

____ The defendant shall provide the probation office access to any requested financial information.

____ The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.

____ Financial Windfall Condition.

____ Gambling Condition.

____ The defendant shall enter an adult program and work toward a Certificate of General Educational Development (GED).

____ Special Employment. The defendant shall comply with the Offender Employment Policy which may include participation in training, counseling, and/or daily job search as directed by the pretrial services and probation officer.

____ The defendant shall participate in the Location Monitoring Program for a period of _____ months, to commence no later than 30 calendar days from sentencing.

____ Search and Seizure. The defendant shall submit his/her person, residence, place of business, computer, or vehicle to a warrantless search, conducted and controlled by the U.S. Probation Officer.

____ Sex Offender Registration and Notification Act (Adam Walsh Act)

____ Mental Health Treatment. The defendant shall participate in an outpatient mental health treatment program.

____ Cognitive Behavioral Program.

____ Community Service. The defendant shall perform ____ hours of community service as directed by the probation officer.

____ Gang. The defendant shall not associate with any members of a gang or threat group as directed by the probation officer.

____ Deportation. The defendant shall surrender to the Bureau of Immigration and Customs Enforcement, U.S. Department of Homeland Security for deportation, and shall not illegally re-enter or remain in the United States.

____ DNA Collection.

____ Denial of Federal Benefits.

____ Sex Offender.

____ Computer/Internet. Total Prohibition on Access to a Computer Internet.

____ Computer/Internet Restricted.

____ Computer/Internet Access Permitted. The defendant shall abide by all rules of the Computer Restriction and Monitoring Program.

____ Computer Search Only.

____ Computer Employment Restriction.

____ Recommendation to the Bureau of Prisons: _____

____ The defendant is granted credit for time already served in relation to this matter.

____ The defendant advised of his/her appeal rights.

____ No Contact with Minors.

**COMMENTS:** Initial appearance on complaint. Federal public defender Darin Thompson present and appointed as counsel for defendant. Government moves for detention. Defense counsel requests 2 additional days. Detention/preliminary hearing set for February 28, 2018 at 12:30 p.m. before Magistrate Judge William H. Baughman, Jr. in courtroom 10A. Defendant remanded to the custody of the US Marshal.

Total Time: 6 minutes

s/ Donna M. Hach
_____
Courtroom Deputy Clerk