FILED F1D #

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

2018 FEB 22 PM 1:55  9910133

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| United States of America | ) |
|---|---|
| v. | ) |
| David RICHARDS | ) Case No. 1:18 MJ 9021 |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* David RICHARDS,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2252A(a)(5)(B) - Accessing Child Pornography with Intent to View

18 U.S.C. § 2252(a)(2) - Receipt of Child Pornography

Date: 02/21/2018

*Issuing officer's signature*

City and state: Cleveland, Ohio

William H. Baughman, Jr., U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 2/21/18, and the person was arrested on *(date)* 2/21/18
at *(city and state)* _____

Date: 2/21/18

*Arresting officer's signature*

L. Conyers / USMS
*Printed name and title*