**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:18CR131 |
| Plaintiff, | : | |
| | : | JUDGE JOHN R. ADAMS |
| vs. | : | |
| DAVID M. RICHARDS, | : | **NOTICE OF DISCOVERY REQUESTS** |
| Defendant. | : | |

Defendant, through counsel, hereby gives notice that, on March 20, 2018, he submitted to Carol Skutnik, Assistant United States Attorney, via this electronic filing, his request for discovery and relevant sentencing information pertaining to the within captioned case. See attached Exhibit A, Discovery Request; and Exhibit B, Guideline Calculation Request.

        Respectfully submitted,

        STEPHEN C. NEWMAN
        Federal Public Defender
        Ohio Bar: 0051928

        */s/ Jeffrey B. Lazarus*
        JEFFREY B. LAZARUS
        Assistant Federal Public Defender
        Ohio Bar: 0079525
        Office of the Federal Public Defender
        1660 West Second Street, Suite 750
        Cleveland, OH 44113
        (216)522-4856  Fax:(216)522-4321
        E-mail: jeffrey_lazarus@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2018, a copy of the foregoing <u>Notice of Discovery Requests</u> was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's system.

                                             */s/ Jeffrey B. Lazarus*
                                             JEFFREY B. LAZARUS (#0079525)
                                             Assistant Federal Public Defender