Motion granted 5/1/18. Pretrial conference continued to 5/21/18 at 1:00 p.m. The jury trial set for 5/21/18 is cancelled.
s/John R. Adams
U.S. District Judge

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 18-CR-131 |
| Plaintiff, | : | |
| | : | JUDGE JOHN R. ADAMS |
| vs. | : | |
| DAVID RICHARDS, | : | **DEFENDANT'S UNOPPOSED MOTION TO CONTINUE FINAL PRE-TRIAL** |
| Defendant. | : | |

Defendant, Defendant, through counsel, respectfully moves this Honorable Court to continue the final pre-trial currently scheduled for May 10, 2018. The parties are currently engaged in plea negotiations and need additional time to finalize such discussions. Furthermore, defense counsel and Assistant United States Attorney Carol Skutnik are both set to begin a trial tomorrow before the Honorable Judge Oliver, which is expected to through May 10, 2018 – the date of the final pre-trial in this case. *United States v. Holmes et al.*, 1:17-CR-243. Therefore, defense counsel requests this Court continue the final pre-trial. The ends of justice served by granting this motion outweigh the best interests of the public and Mr. Johnson in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

Defense counsel has discussed this matter with Assistant U.S. Attorney Carole Skutnik, who has advised that the government has no objection to this request. For these reasons, Mr. Richards requests that the Court grant this motion.