IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:18CR00131 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE JOHN R. ADAMS |
| -v- | ) | |
| | ) | UNITED STATES OF AMERICA'S |
| DAVID M. RICHARDS | ) | MOTION FOR LEAVE TO FILE |
| | ) | SENTENCING MEMORANDUM |
| Defendant. | ) | UNDER SEAL |

Now comes the United States of America, by its counsel, Justin E. Herdman, United States Attorney, and Assistant U.S. Attorney Carol M. Skutnik, and moves this Court for an order authorizing the Government to file their sentencing memorandum under seal for the reasons contained in the attached memorandum.

                                                Respectfully submitted,

                                                JUSTIN E. HERDMAN
                                                United States Attorney

By:    /s/ Carol M. Skutnik
         Carol M. Skutnik (0059704)
         Assistant U.S. Attorney
         Suite 400, U.S. Courthouse
         801 West Superior Avenue
         Cleveland, Ohio 44113
         Tel. No. (216) 622-3785
         Fax No. (216) 522-2403
         e-mail: carol.skutnik@usdoj.gov

2

## **MEMORANDUM**

On May 22, 2018, David Richards pleaded guilty to Receipt of Visual Depictions of Real Minors Engaged in Sexually Explicit Conduct, in violation of 18 U.S.C. §2252(a)(2).   The Court scheduled a sentencing hearing for September 5, 2018.   On August 29, 2018, Richards filed a sentencing memorandum under seal addressing, in large part, Richards' history and characteristics.   The Government seeks the ability to freely discuss the nature and circumstances of Richards' current and prior criminal offenses. In addition, the Government seeks to respond to material addressed in the Defendant's sealed Memorandum.   Therefore, the United States respectfully requests permission to file their sentencing memorandum under seal to avoid public dissemination of sensitive case information.

## **CONCLUSION**

For the foregoing reasons, the United States of America respectfully requests this Court issue an order permitting the government to file their sentencing memorandum under seal.

                Respectfully submitted,
                JUSTIN E. HERDMAN
                United States Attorney

By:    /s/Carol M. Skutnik
        Carol M. Skutnik (0059704)
        Assistant U.S. Attorney
        Suite 400, U.S. Courthouse
        801 West Superior Avenue
        Cleveland, Ohio 44113
        Tel. No. (216) 622-3785
        Fax No. (216) 522-2403
        e-mail:carol.skutnik@usdoj.gov

3

<u>CERTIFICATE OF SERVICE</u>

I certify that on August 30, 2018, copy of the foregoing United States of America's Motion for Leave to File Sentencing Memorandum Under Seal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/Carol M. Skutnik<br>
Assistant U. S. Attorney