IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:18CR00131 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE JOHN R. ADAMS |
| -v- | ) | |
| | ) | UNITED STATES OF AMERICA'S |
| DAVID M. RICHARDS | ) | MOTION FOR LEAVE TO FILE |
| | ) | SENTENCING MEMORANDUM |
| Defendant. | ) | UNDER SEAL |

Now comes the United States of America, by its counsel, Justin E. Herdman, United States Attorney, and Assistant U.S. Attorney Carol M. Skutnik, and moves this Court for an order authorizing the Government to file their sentencing memorandum under seal for the reasons contained in the attached memorandum.

==Motion granted 8/31/18.
s/John R. Adams
U.S. District Judge==

Respectfully submitted,

JUSTIN E. HERDMAN
United States Attorney

By:  /s/ Carol M. Skutnik
Carol M. Skutnik (0059704)
Assistant U.S. Attorney
Suite 400, U.S. Courthouse
801 West Superior Avenue
Cleveland, Ohio 44113
Tel. No. (216) 622-3785
Fax No. (216) 522-2403
e-mail: carol.skutnik@usdoj.gov