Revised 12/09

# MINUTES OF CRIMINAL PROCEEDINGS
## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

UNITED STATES OF AMERICA

vs.

David M. Richards

Date: September 5, 2018
Case No. 1:18CR131
Judge: John R. Adams
Court Reporter: Caroline Mahnke
Pts/ProbOffice Paul Skarupa

U.S. Attorney:            Carol Skutnik
Attorney for Defendant(s):    Jeff Lazarus

**SENTENCING:**

Defendant committed to the custody of the Bureau of Prisons for a period of 230 months as to Count 1.

Probation ordered for a period of ___ years as to ___ concurrent with standard/special conditions.

Supervised release: for a term of life as to Count 1.

Fine Waived.

Restitution: N/A

The defendant is to pay a special assessment of $100.00 as to Count 1.

The defendant is to pay $5,000.00 Justice for Victims of Trafficking Act assessment.

X   The defendant was advised of his appeal rights.

Count 2 is dismissed upon motion of the Government.

Comments:
Defendant remanded to custody.

Total Time: 39 Mins.

S/Christin M. Kestner
Courtroom Deputy Clerk