# United States District Court for the Northern District of Ohio

United States of America,

**Plaintiff,**

vs.

CASE NO. 1:18CR131

Judge John R. Adams

David M. Richards,

**Defendant.**

## NOTICE OF APPEAL

Notice is hereby given that David M. Richards,
(here name all parties taking the appeal)

hereby appeal to the United States Court of Appeals for the Sixth Circuit from

the final judgment (R. 35)
(the final judgment) (from an order (describing it))

entered in this action on the 10th day of December, 2018.

(s) / Jeffrey B. Lazarus (0079525)

Address: 1660 W.2nd Street, Ste. 750
Cleveland, OH 44113

Phone #: 216-522-4856

Attorney for David M. Richards

6CA-3