> Motion granted 5/20/20. The Court will appoint the Office of the Federal Defender.
> s/John R. Adams
> U.S. District Judge

1:18CR131

FILED
MAY 15 2020
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Dear Clerk of Court:

My name is David Richards. I am currently incarcerated at the Federal Correctional Institution Elkton in Lisbon, Ohio. I was sentenced by this Honorable Court on September 5, 2018, Judge John Adams presiding.

I was denied Compassionate Release to Home Confinement by Warden Mark K. Williams on 4/23/20 and 4/28/20. I have filed an appeal to Warden Williams' decision (copy enclosed).

I write to respectfully request that I be appointed a Federal Public Defender to represent me as I seek to open a case in Federal Court to address the issues set forth in my appeal.

Thank you for your time and attention to this sensitive matter. I look forward to hearing from you soon.

Sincerely,
David Richards