United States District Court
Northern District of Ohio
Eastern Division
John F. Seiberling Federal Building and U.S. Courthouse
Two South Main Street, Room 508
Akron, Ohio 44308

David M. Richards, )
    Petitioner )  Case No.: 1:18cr131-JRA
)
v. )
)
United States of America )  Hon. Judge John R. Adams
    Respondent. )
)

FILED
MAR 30 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

MOTION

Now comes petitioner, David M. Richards, pro se, with his motion to respectfully request that this Honorable Court appoint counsel to represent him in order to file his motion under 28 U.S.C. § 2255 to vacate, set aside, or correct a sentence by a person in federal custody.

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2021, I served a true and correct copy of this motion on the U.S. District Court, Northern District of Ohio, Eastern Division, John F. Seiberling Federal Building and U.S. Courthouse, Two South Main Street, Room 508, Akron, Ohio 44308.

Delivery of this motion was completed by placing it in the legal mailing system as made available to inmates via U.S. mail, properly addressed, and first-class postage prepaid.

Respectfully submitted on March 26, 2021 by:

*David M. Richards*
David M. Richards, pro se
Reg. # 65434-060

NAME: David Richards
REG.# 65434-060
Federal Correctional Institution Elkton
P. O. Box 10
Lisbon, Ohio 44432

CLEVELAND OH 440
26 MAR 2021 PM 4 L

United States District Court
Northern District of Ohio
Eastern Division

John F. Seiberling Federal Building and U.S. Courthouse
Two South Main Street, Room 508
Akron, Ohio 44308

1:18CR131

LEGAL MAIL

LEGAL MAIL

LEGAL MAIL

LEGAL MAIL

LEGAL MAIL