Motion denied 4/2/21.
s/John R. Adams
United States District Judge

United States District Court
Northern District of Ohio
Eastern Division
John F. Seiberling Federal Building and U.S. Courthouse
Two South Main Street, Room 508
Akron, Ohio 44308

FILED
MAR 30 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

David M. Richards,  )
   Petitioner  ) Case No.: 1:18cr131-JRA
v.  )
United States of America  ) Hon. Judge John R. Adams
   Respondent.  )
     )

MOTION

Now comes petitioner, David M. Richards, pro se, with his motion to respectfully request that this Honorable Court appoint counsel to represent him in order to file his motion under 28 U.S.C. § 2255 to vacate, set aside, or correct a sentence by a person in Federal Custody.